UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 4 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:05-CR-215-KJD-GWF |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WALTER WAYNE KING | ) |
| | ) |
| Defendant. | ) |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part

of the Judgment in a Criminal Case (ECF#42), sentencing having been imposed on June 16,

2006.  Upon further review of the restitution order in this matter, the specifics needed to

complete the order of restitution were not made a part of the Judgment.  Therefore, good cause

appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s)

listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $29,953.52

**Total Amount of Restitution ordered:  $29,953.52\*\***
\*\*Joint and Several with Co-defendants Margaret Drozewski and Zachery Wright

Dated this _____22ᵈ_____ day of May, 2019.


_____
UNITED STATES DISTRICT JUDGE